

P.O. BOX 413 • MORTON, IL 61550
(309) 266-7700

**INVOICE**

DATE: 3/30/0

TAX I.D. # 37-1244220

18330

Thielen, Foley & Mirdo, LLC
207 W. Jefferson, Suite 600
Bloomington, IL 61701

Attn: Mr. Fasking

Re: Driggers v. Sanders/Walters

Please return a copy of this statement with remittance.

Original - discovery depositions taken in
above cause of DAvid Driggerrs and Derek
Driggers in Creve Coeur, IL, on 3/14/07.        $647.50

**THANK YOU!**
Your prompt payment is appreciated.

| | | | | |
|---|---|---|---|---|
| 302 East Washington  Bloomington, Illinois 61701  **309/827-5466**  Fax: 309/827-2613 | THE **COPY SHOP** Since 1954  WWW.THECOPYSHOPONLINE.COM | DATE 6-20-07  CUSTOMER NO. _____ | | |

SOLD TO: Thielen Law Offices

ADDRESS: June

INVOICE N° 3927

| SOLD BY | CUSTOMER ORDER NUMBER (P.O. #) | Driggers | | |
|---|---|---|---|---|
| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
| 1 | | set of 2 folders | | |
| | | | | 34.20 |

RECEIVED BY June E. Watt

All Claims and Returned Goods **MUST** be accompanied by this bill.

**INVOICE**

| | | | |
|---|---|---|---|
| 302 East Washington<br>Bloomington, Illinois 61701<br>**309/827-5466**<br>Fax: 309/ 827-2613 | **THE COPY SHOP** Since 1954<br>WWW.THECOPYSHOPONLINE.COM | DATE 6-7-07<br><br>CUSTOMER NO. _____<br><br>INVOICE N° 3605 | |

SOLD TO _Thielan Law_

ADDRESS _____
          STREET                CITY            ZIP

| SOLD BY | CUSTOMER ORDER NUMBER (P.O. #) | | | |
|---|---|---|---|---|
| DH | DRIGGERS | | | |
| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
| | Scan to PDF & burn CD | | | 16 | 70 |
| | | | | |
| | | | | 7-30-07 |
| | | | | #14495 |

RECEIVED BY _Pam Snelling_

All Claims and Returned Goods **MUST** be accompanied by this bill.

**INVOICE**

302 East Washington
Bloomington, Illinois 61701
**309/827-5466**
Fax: 309/ 827-2613


THE
# COPY SHOP
Since 1954
WWW.THECOPYSHOPONLINE.COM

DATE __6-12-07__

CUSTOMER NO. __1450__

INVOICE N⁰  3687

SOLD TO __Thielen Law__

ADDRESS _____
STREET  CITY  ZIP

| SOLD BY TS | CUSTOMER ORDER NUMBER (P.O. #) | Re: Driggers | | |
|---|---|---|---|---|
| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
| 12 | | pgs scaned burned to cd | | 11 20 |
| | | | | |
| | | | Pd 7-30-07 | |
| | | | # 14495 | |

RECEIVED BY __Pamela J Snelling__

All Claims and Returned Goods **MUST** be accompanied by this bill.

**INVOICE**